# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SSC MANAGER, LLC *d/b/a Seventysix Capital*, a Delaware Limited Liability Company<br><br>v.<br><br>VENEZIA FC 1907 LP, *a Cayman Islands Exempted Limited Partnership*, **et al.** | CIVIL ACTION<br><br>NO. 17-1042 |

## SCHEDULING ORDER

**AND NOW**, this 27th day of June, 2017, the Court held an unrecorded Rule 16 telephone conference with counsel this date but did not make any rulings on any pending motions. I advised counsel that I had previously been a partner at the Duane Morris law firm which is now representing one of the parties in this case.

The Court will have a hearing on the pending request to stay discovery on July 13, 2017 at 1:30 p.m. in Courtroom 3A. Out-of-town counsel may participate by telephone with 24 hours advance notice to the Deputy Clerk, Lori DiSanti.

The Court granted leave to any party to serve a Rule 34 request for documents by July 7, 2017. The Court urges counsel to discuss any objections that might be raised to beginning production of documents.

In the event the Court may deny the request for stay of all discovery, counsel shall be prepared to discuss, at the hearing, structured discovery that would be fair to all parties, including deadlines for objections to discovery, production of documents, or electronically-stored information, service of and answers to interrogatories, exchanging lists of deponents, and depositions.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-1042 SSC Manager v Venezia\17cv1042 Order 06272017.doc